**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 26-10393

Non-Argument Calendar

_____

ANGELIE BLESSE,

*Plaintiff-Appellant,*

*versus*

BREVARD COUNTY SHERIFF'S OFFICE,

CORPORAL BALLASH,

BRANNON,

Badge No. 0289,

DEPUTIES,

LIEUTENANTS, et al.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:25-cv-02035-JSS-NWH

_____

Before JILL PRYOR, LAGOA, and ABUDU, Circuit Judges.

2                    Opinion of the Court                    26-10393

PER CURIAM:

Angelie Blesse, pro se, appeals from the district court's judgment dismissing her complaint and denying her motion to proceed in forma pauperis in the district court. The district court entered judgment on December 3, 2025. Corporal Ballash, one of the defendants, moves to dismiss the appeal for lack of jurisdiction, contending that it is untimely.

Blesse had 30 days from the entry of the judgment to file her notice of appeal because her amended complaint, which complains about several county officials' actions regarding a local property dispute, reflects that there is not a federal party. *See* Fed. R. App. P. 4(a)(1)(A) (providing that a notice of appeal in a civil case must be filed within 30 days of the entry of the judgment or order appealed from unless there is a federal party). Blesse's notice of appeal, filed on February 2, 2026, is thus untimely to appeal and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

Accordingly, Corporal Ballash's motion to dismiss is GRANTED, and this appeal is DISMISSED for lack of jurisdiction. All other pending motions are DENIED as moot.